232 F. 1023

VALENTINE et al. v. CITY OF JUNEAU.

No. 2743.

Circuit Court of Appeals, Ninth Circuit.

May 24, 1916.

J. H. Cobb, of Juneau, Alaska, for appellants.

Hellenthal & Hellenthal, of Juneau, Alaska, for appellee.

Upon motion of Mr. Simm Hellenthal, counsel for the appellee, ordered appeal dismissed for noncompliance. by appellant with rules 23 and 24, 150 Fed. xxxii, xxxiii, 79 C.C.A. xxxii, xxxiii (failure of appellant to print record under rule 23, and to file a printed brief under rule 24), with costs in favor of appellee and against appellant.